```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GARDNER-ALFRED ET AL,                          :
:
Plaintiffs,                          :
:           22-cv-01585 (LJL)
-v-                                              :
:                   ORDER
FEDERAL RESERVE BANK OF NEW YORK,              :
:
Defendant.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiffs have requested an adjournment of the time to respond to the motion to dissolve until Friday, March 11.  The Court will take up the request at the scheduled motion hearing on March 7, 2022 at 9:30 a.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.  The March 7 date is the date at which, had the matter remained in state court, that court would have entertained the order to show cause.  The deadlines previously set stand until they are vacated.

SO ORDERED.

Dated: March 4, 2022
       New York, New York                        _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge