

> The conference scheduled for November 1, 2022 at 2:00pm is rescheduled to November 3, 2022 at 2:00pm.  The conference will take place in Courtroom 15C.  Plaintiffs Lori Gardner-Alfred and Jeanette Diaz are required to appear in-person at the hearing.  The hearing will concerning all pending motions, including the motion to withdraw as Plaintiffs' counsel.
> Date: 10/27/2022
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

October 26, 2022

**VIA ECF**
The Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

**Re:** *Gardner-Alfred, et al. v. Federal Reserve Bank of New York*, No. 22 Civ. 1585 (LJL)

Dear Judge Liman:

This firm currently represents Plaintiffs Lori Gardner-Alfred and Jeanette Diaz in the above-referenced matter.

Earlier today the Court ordered Plaintiffs Lori Gardner-Alfred and Jeanette Diaz, as well as counsel for the parties, to appear in person for a conference with the Court at 2 p.m. on November 1, 2022.

Unfortunately, I have a previously scheduled mediation in another matter and am unable to attend a conference on November 1st. I have consulted with Plaintiffs Lori Gardner-Alfred and Jeanette Diaz and with counsel for the Federal Reserve Bank of New York and all persons are available to appear at an in-person conference before the Court at 2 p.m. on November 3, 2022. I would respectfully request that the Court adjourn the conference now scheduled for 2 p.m. on November 1st to 2 p.m. on November 3rd.

If that time and date is unavailable, the parties and counsel will make themselves available on another time and date at the convenience of the Court.

Thank you for your attention to this matter.

Respectfully,

Andrew St. Laurent

ANDREW ST. LAURENT  |  ANDREW@HS-LAW.COM  |  DIRECT 646-248-6010

SC-HARRIS.COM  |  TEL 212-397-3370  |  FAX 212-202-6206  |  40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005

Hon. Lewis J. Liman
October 26, 2022
Page 2 of 2

cc:     Alex Leonard, Esq. (by ECF)
        Daphne Ha, Esq. (by ECF)
        Jeanette Diaz (by email)
        Lori Gardner-Alfred (by email)