```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
                                                               :
LORI GARDNER-ALFRED and JEANETTE DIAZ,                         :
                                                               :
                                Plaintiffs,                    :   22-cv-01585 (LJL)
                                                               :
        -v-                                                    :
                                                               :        ORDER
FEDERAL RESERVE BANK OF NEW YORK                               :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

LEWIS J. LIMAN, United States District Judge:

On October 28, 2022, plaintiffs Jeanette Diaz and Lori Gardner ("Plaintiffs") emailed the Court asking if they could be represented by counsel at the conference scheduled for Thursday, November 3, 2022 at 2:00 p.m.

The Court has not granted Plaintiffs' counsel's motion to withdraw. Accordingly, if Plaintiffs wish to communicate with the Court, they should do so through counsel and file the communication on the docket on ECF.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge