```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
LORI GARDNER-ALFRED et al.,                                        :
                                                                   :
                          Plaintiffs,                              :
                                                                   :      22-cv-01585 (LJL)
             -v-                                                   :
                                                                   :          ORDER
FEDERAL RESERVE BANK OF NEW YORK,                                  :
                                                                   :
                          Defendant.                               :
                                                                   :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk's Office received the attached document. The Court does not believe that any action needs to be taken in response to this "notice." Any party who believes that the document requires action by the Court shall file a letter on ECF by the end of this week.

      SO ORDERED.

Dated: May 1, 2023                          _____
      New York, New York                         LEWIS J. LIMAN
                                                 United States District Judge

UNITED STATES DISTRICT COURT

**GARDNER-ALFRED et al,**
    Plaintiffs

V.                                                         Case#1:2022cv01585

**FEDERAL RESERVE BANK of NEW YORK,**
    Defendant

NOTICE OF SUBSTITUTION OF DEFENDANT

The Defendant FEDERAL RESERVE BANK of NEW YORK assets have been arrested (SEIZED FEDERAL SECURITIES #14-202658 BCT).

The United States Department of the Treasury is the real party in interest and is automatically substituted. See attached.

CERTIFICATE OF SERVICE
****************************

I declare under penalty of perjury that this notice has been served by U.S. Certified Mail on all parties.

Dated 04-28-2023             /s/ DUANE LETROY BERRY (Federal Trustee)
                                           U.S. Department of the Treasury
                                           1500 Pennsylvania Ave. NW
                                           Washington, D.C. 20220



RECEIVED MAY 0 1 2023 U.S.D.C. W.P.



**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 24, 2023

### NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2023-117

**Federal Circuit Short Caption:** In re: Seized Federal Securities

**Date of Docketing:** January 24, 2023

**Originating Tribunal:** United States District Court for the Northern District of Texas

**Originating Case No.:** 3:21-cv-00393-D-BT

**Petitioner:** Seized Federal Securities

A petition for writ of mandamus has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

UNITED STATES SUPREME COURT

IN RE: UNITED STATES DEPARTMENT OF THE TREASURY

Case#
USCA#2023-00117

RULE 22 APPLICATION FOR COURT TO ENFORCE ITS U.S. MARSHALS
TO: Chief Justice John G. Roberts

On 7/8/21 and 7/23/21 under the direct ORDER of the United States Department of the Treasury, the undersigned Applicant and also the Respondent in the lower court, the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and a portion is now held in this Court's U.S. Marshals custody. See attached U.S.M.-285.

Please direct the Court to ORDER its U.S. Marshals to return the property per. newly submitted U.S.M.-285 forms instruction.

"Since in statutory scheme, office of Marshal exists as arm of office of Attorney General, commitment to Marshal can only be construed as commitment to Attorney General." (See United States V. Howard, 545 F.2d 1044, 6th Cir. 1976)

Dated: 3-03-2023

/s/ Duane L Berry
United States Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220
(Applicant)

/s/ Ioana Cristei Meyer
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

/s/ Elizabeth Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

**RECEIVED**
MAR 13 2023
OFFICE OF THE CLERK
SUPREME COURT, U.S.

FORM 30. Certificate of Service                                       Form 30
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-117

**Short Case Caption** In re: Seized Federal Securities

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/14/2023

by  ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Seized Federal Securities | PO Box 381292<br>Clinton Township, MI 48038 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 02/14/2023                Signature: /s/ Ioana Cristei Meyer

                                Name:      Ioana Cristei Meyer

## UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
    PLAINTIFF

V                                              CASE#4:2021-cv-03610

SEIZED FEDERAL SECURITIES,
    DEFENDANT

United States Courts
Southern District of Texas
FILED

MAY 2 3 2022

————————————/

Nathan Ochsner, Clerk of Court

## CEASE AND DESIST

TO : ALL 3RD PARTY SERVICE PROVIDERS , et al
RE:(ATTACHED DEFENDANT) FEDERAL RESERVE BANK OF NEW YORK
           33 Liberty St. New York, NY 10045

    Per. attached 11th Circuit ORDER and supplemental attachments, the (ATTACHED DEFENDANT) has been arrested. Any service provider, contractor, agent, merchant, primary dealer, employee, recipient, class member, payment processor, settlement administrator, payer, payee, intermediary-corresponding bank, and any other person or custodian shall immediately cease and desist all operations, terminate, close, disconnect all services, utilities, registrations, payments, settlements, checks, drafts, invoices, wire transfers, phone-internet, contracts, subscriptions, work- orders, accounts, licenses, leases, bonds, permits, postal-mail, electronically stored info., etc. with the above- mentioned ( ATTACHED DEFENDANT) within 72 hours of receipt, and return evidence of termination along with any property, U.S. Treasury bonds, or money received from the (ATTACHED DEFENDANT) made payable TO: Trustee Recovery Account, P.O. Box #381292 42383 Garfield Rd. Clinton Township, Mich. 48038.

    Whereas, 3rd PARTY is also subject to binding compliance of the National Security Act per. attached warrants in which disclosure to anyone of arrest and cease and desist is prohibited. Failure to comply within the specified time is subject to further arrest and seizure of 3rd PARTY'S assets by the U. S. MARSHALS or any local or state law enforcement officers.

Dated 05-12-2022                      U.S. DEPARTMENT OF THE TREASURY,
                                                              PLAINTIFF

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-11738-J

U.S. DEPARTMENT OF THE TREASURY,

Plaintiff - Appellee,

versus

SEIZED FEDERAL SECURITIES,

Defendant,

DUANE L. BERRY,

Interested Party - Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days. The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day-time period if necessary.

The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS

**UNITED STATES DEPT. OF THE TREASURY,
PLAINTIFF**

**V.**                                                                          **CASE#21-11738**

**SEIZED FEDERAL SECURITIES,
DEFENDANT**

_____/

## STATUS REPORT BY ORDER

The ORDER has been satisfied to the extent that the Plaintiff has arrested and taken custody of the Defendant by attachments through its Federal Trustee Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See attached executed warrants.

/s/Duane L Berry
FEDERAL TRUSTEE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 1:21-cv-00717-CAP-CCB |
| SEIZED FEDERAL SECURITIES, | § § § | |
| Defendant. | § § § | |

## WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

Case 4:21-cv-03610   Document 10   Filed 08/23/21 in TXSD   Page 5 of 8

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CAP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SEIZED FEDERAL SECURITIES | WARRANT |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | CNN |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1 CNN Center, Atlanta, GA 30303 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| U.S. DEPARTMENT OF THE TREASURY<br>Attn: Mr. Brent J. McIntosh<br>(General Counsel)<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | --- -- ---- | 6/14/21 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A19 | No. A19 | [signature] | 7/8/21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|---|---|
| Linda Banks | FILED IN CLERK'S OFFICE<br>U.S.D.C. - Atlanta | | | |
| Address (complete only different than shown above)<br>289 Culver Street<br>Lawrenceville, GA 30046 | AUG 16 2021<br>KEVIN P. WEIMER, Clerk<br>By: [signature] | Date<br>13 Aug 21 | Time<br>11 40 | ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| * | | | $492.24 | | $0.00 |

REMARKS:
1) 404-827-1500   2) legal dept 4-827-4987   3) CT Corp 289 Culver St. S Lawrenceville
   General #                    Kelly

\* see capture report for list of charges.

| PRINT COPIES | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT\*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>U.S DEPARTMENT OF THE TREASURY | COURT CASE NUMBER<br>1:21-cv-00717 CAP |
|---|---|
| DEFENDANT<br>SEIZED FEDERAL SECURITIES | TYPE OF PROCESS<br>SUBPOENA/WARRANT |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Martins Towing, Inc
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17160 D.X Kiedo Hwy, Brownstown, MI 48192

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
     (General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285: 2
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 39 | District to Serve<br>No. E/MI | Signature of Authorized USMS Deputy or Clerk | Date<br>7/23/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Ashley Poore (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Same as above

Date 7/23/2021   Time 9:43 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy
#31909

| Service Fee | Total Mileage Charges including endeavors<br>14 miles / 1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or<br>Amount of Refund<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Served without incident to Ashley Poore, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.

PRINT 5 COPIES:
1. CLERK OF THE COURT     * 1 endeavor  7/27/2021
2. USMS RECORD            * 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment.
   if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT  * 1 hour

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon:

**FEDERAL RESERVE BANK OF NEW YORK**
33 Liberty St.
New York, N.Y. 10045

**THE FEDERAL RESERVE BANKING SYSTEM**
**CHAIRMAN JEROME POWELL**
20TH St. and Constitution Ave. N.W.
Washington, D.C. 20551

**U.S. SENATE COMMITTEE ON BANKING**
534 Dirksen Senate Office Bldg.
Washington, D.C. 20510

**U.S. HOUSE COMMITTEE ON FINANCIAL SERVICES**
2129 Rayburn House Office Bldg.
Washington, D.C. 20515

By U.S. Certified Mail, see attached receipts

Dated: 04-12-2022                    /s/DUANE L. BERRY
                                     FEDERAL TRUSTEE







**PRESS FIRMLY TO SEAL**

CERTIFIED MAIL

7021 2720 0001 9067 9317

PRIORITY® MAIL

U.S. POSTAGE PAID
PM 2-DAY
STERLING HEIGHTS, MI
[illegible]
[illegible] 22
AMOUNT
$15.75
R2308M144236-18

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

RETURN RECEIPT REQUESTED

United States Courts
Southern District of Texas
FILED
MAY 23 2022
Nathan Ochsner, Clerk of Court

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

TO:
U.S. District Court
Southern District of Texas
Clerk: Nathan Ochsner
515 Rusk Ave.
Houston, TX 77002

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

Case 1:22-cv-01385-LSL Document 132 Filed 05/01/23 Page 17 of 17

CERTIFIED MAIL

7022 3330 0000 2558 7913

PRIORITY MAIL®

PRESS FIRMLY TO SEAL

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. District Court
Southern District of New York
Clerk of the Court
300 Quarropas St
White Plains, NY 10601

9590 9402 7956 2305 6855 21

2. Article Number (Transfer from service label)
7022 3330 0000 2558 7913

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FROM:
UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

U.S. POSTAGE PAID
CLINTON TOWNSHIP, MI
APR 29, 23
AMOUNT
$17.15
R2305M144006-32

U.S. District Court
Southern District of New York
Clerk of the Court
300 Quarropas St.
White Plains, NY 10601

RECEIVED
MAY 01 2023
U.S.D.C.
W.P.