```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LORI GARDNER-ALFRED and JEANETTE DIAZ,                       :
                                                             :
                           Plaintiff,                        :
                                                             :      22-cv-01585 (LJL)
             -v-                                             :
                                                             :           ORDER
FEDERAL RESERVE BANK OF NEW YORK,                            :
                                                             :
                           Defendant.                        :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Appeals Coordinator received the attached Notice of Appeal in this case. The Notice of Appeal is signed by Duane Berry who is not a party or representative of any party in this case.

The Appeals Coordinator and Clerk of Court are directed to file the Notice of Appeal on the record in this case. However, the Notice of Appeal is rejected and shall not be transmitted to the Second Circuit.

SO ORDERED.

Dated: May 25, 2023
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDNER-ALFRED et al,
    Plaintiffs

V.                                             Case#1:2022cv01585

FEDERAL RESERVE BANK of NEW YORK,
    Defendant

### NOTICE OF APPEAL

This notice of appeal is by Defendant for ORDER Dkt#149 due to excusable neglect and transfer of interest of Defendant to Federal Trustee Duane L. Berry. See attached.

Dated: 5-20-2023                                          /s/ Duane L. Berry





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023

# United States Court of Appeals for the Fifth Circuit

No. 20-10958

A True Copy
Certified order issued Mar 04, 2021

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

DUANE L. BERRY, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE FEDERAL RESERVE BANK OF NEW YORK, *also known as* DUANE LETROY BERRY,

*Plaintiff—Appellant,*

*versus*

DANIELLE POWERS,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-2034

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 4, 2021, for want of prosecution. The appellant failed to timely pay the fee.