```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/9/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                    :
LORI GARDNER-ALFRED and JEANETTE DIAZ,              :
                                                    :
                      Plaintiff,                    :
                                                    :
                                                    :          22-cv-01585 (LJL)
           -v-                                      :
                                                    :          ORDER
FEDERAL RESERVE BANK OF NEW YORK,                   :
                                                    :
                      Defendant.                    :
                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court received another letter from Mr. Duane Berry.  The letter is attached.  The

parties are directed to inform the Court by June 16, 2023 how they would like the Court to

handle correspondence and notices of appeal from Mr. Berry.


        SO ORDERED.


Dated: June 9, 2023                        _____
       New York, New York                          LEWIS J. LIMAN
                                                    United States District Judge

# UNITED STATES COURT

## IN RE: FEDERAL RESERVE BANK OF NEW YORK

Case#
USDC#22-cv-1585

## PETITION FOR WRIT OF MANDAMUS

The notice of appeal filed on 5-12-23 is not fraudulent as stated in the courts ORDER on 5-15-23 but was filed by Federal Trustee Duane L. Berry, who is the real party in interest.

The Eleventh Circuit held that it was sufficient to confer appellate jurisdiction where Federal Trustee and name of counsel was type in. See attached.

Please direct the district court to transmit the filed Notice of Appeal.

### CERTIFICATE OF SERVICE
**************************

I declare under the penalty of perjury that the petition has been served on all parties.

Dated: 5-30-2023

/s/ Duane L. Berry
(Federal Trustee)

/s/Daphne T. Ha
Federal Reserve Bank of New York
33 Liberty St.
New York, NY 10045
(Attorney)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2023
```

-----------------------------------------------------------------X

LORI GARDNER-ALFRED and JEANETTE DIAZ,    :
                                           :
                            Plaintiffs,    :
                                           :               22-cv-01585 (LJL)
              -v-                          :
                                           :                  ORDER
FEDERAL RESERVE BANK OF NEW YORK,          :
                                           :
                            Defendant.     :
                                           :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Appeals Coordinator received the attached Notice of Appeal in this case.  The Notice

of Appeal purports to be signed by Daphne Ha; however, the Appeals Coordinator contacted Ms.

Ha about the notice and Ms. Ha stated that she did not file it.  The Notice of Appeal is

fraudulent.

      The Appeals Coordinator and Clerk of Court are directed to file the Notice of Appeal on

the record in this case.  However, for the reasons stated, the Notice of Appeal is rejected and

shall not be transmitted to the Second Circuit.

      SO ORDERED.

Dated: May 15, 2023
      New York, New York               _____
                                        LEWIS J. LIMAN
                               United States District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GARDNER-ALFRED et al,
    **Plaintiffs**


     **V.**                                   **Case#1:2022cv01585**


FEDERAL RESERVE BANK of NEW YORK,
    **Defendant**


### NOTICE OF APPEAL


      **This notice of appeal is by Defendant for ORDER Dkt#145 due to excusable neglect and transfer of interest of Defendant to Federal Trustee Duane L. Berry. See attached.**

Dated  5-11-2023                         /s/Daphne T Ha
                                       Federal Reserve Bank of New York
                                        33 Liberty Street
                                        New York, NY 10045
                                        (ATTORNEY)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2023



RECEIVED
MAY 1 2 2023
U.S.D.C.
W.P.

No. 21-11738-J

## JURISDICTIONAL QUESTION

Please address whether the notice of appeal contains the signature of Duane Berry, who has purported to be a federal trustee for the Department of Treasury, so as to comply with the federal rules of procedure. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."); Fed. R. App. P. 25(a)(2)(B)(iii); *Becker v. Montgomery*, 532 U.S. 757, 760–65 (2001) (noting that the signature requirement applies to notices of appeal but is not jurisdictional and may be satisfied after expiration of the initial appeal period if the notice is otherwise timely and sufficient, and promptly corrected); *see also* 11th Cir. R. 25-4 (requiring all filed papers to be signed); *Thiem v. Hertz Corp.*, 732 F.2d 1559, 1562–63 (11th Cir. 1984) (holding that a notice of appeal was sufficient to confer appellate jurisdiction where the names of counsel and the appellant were typed on the notice of appeal).

If the notice of appeal is in fact deficient, please address whether Berry can cure the lack of a signature by filing a signed notice of appeal in the district court. *See* Fed. R. Civ. P. 11(a); *Becker*, 532 U.S. at 760–65.

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11738-J

_____

U.S. DEPARTMENT OF THE TREASURY,

Plaintiff - Appellee,

versus

SEIZED FEDERAL SECURITIES,

Defendant,

DUANE L. BERRY,

Interested Party - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

The Appellant's motion to stay pending appeal, construed from motion to stay all Orders,
Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that
this appeal shall be stayed for a period of sixty (60) days.  The Appellant may file a renewed
motion for stay at the expiration of the sixty (60) day-time period if necessary.

The Appellant is directed to file a monthly status report on the 15th of every month until
the stay has been lifted.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
# for the Fifth Circuit

No. 20-10958

A True Copy
Certified order issued Mar 04, 2021

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

DUANE L. BERRY, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF
THE FEDERAL RESERVE BANK OF NEW YORK, *also known as* DUANE
LETROY BERRY,

*Plaintiff—Appellant,*

*versus*

DANIELLE POWERS,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-2034

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 4, 2021,
for want of prosecution.  The appellant failed to timely pay the fee.

| | | by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit 1 (Plaintiffs' production cover letter dated February 10, 2023), # 2 Exhibit 2 (Plaintiffs' production cover letter dated February 23, 2023)).(Leonard, Alex) (Entered: 04/28/2023) |
|---|---|---|
| 05/01/2023 | 131 | SCHEDULING ORDER: Oral Argument set for 5/9/2023 at 02:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman, regarding Defendant's motion for sanctions. Plaintiffs are directed to provide to the Court at the hearing all of the documents withheld from production on the basis that it is spam and all other documents regarding contact with the ministry or payment to the ministry. The Plaintiffs are directed to attend and to be prepared to testify at the request of either counsel for Plaintiff or counsel for Defendants. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/01/2023) |
| 05/01/2023 | 132 | ORDER: The Clerk's Office received the attached document. The Court does not believe that any action needs to be taken in response to this "notice." Any party who believes that the document requires action by the Court shall file a letter on ECF by the end of this week. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/01/2023) (ama) (Entered: 05/01/2023) |
| 05/02/2023 | 133 | NOTICE of Hearing: Pre-Settlement Telephone Conference set for 5/10/2023 at 2:30 PM before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at (888)-398-2342 and enter access code: 9543348. (rsh) (Entered: 05/02/2023) |
| 05/02/2023 | 134 | NOTICE of Hearing: Settlement Conference set for 6/7/2023 at 10:00 AM before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. A link will be emailed to the parties one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than May 31, 2023, by 5:00 p.m. (rsh) (Entered: 05/02/2023) |
| 05/03/2023 | 135 | LETTER addressed to Judge Lewis J. Liman from Daphne Ha dated May 3, 2023 re: New Information Relevant to New York Fed's Motion for Discovery Sanctions (Dkt. No. 119). Document filed by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit A (Plaintiff's March 20, 2023 Offer Letter)).(Ha, Daphne) (Entered: 05/03/2023) |
| 05/03/2023 | 136 | NOTICE OF SUBSTITUTION OF DEFENDANT. Document filed by Duane L. Berry(Federal Trustee), U.S.Dept. of Treasury (sc) Modified on 5/4/2023 (sc). (Entered: 05/04/2023) |
| 05/05/2023 | 137 | SCHEDULING ORDER: The status conference scheduled for 5/10/2023 at 10:00am is cancelled. The Court shall instead address issues related to the status of this case at the oral argument scheduled for May 9, 2023 at 2:30pm. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/05/2023) |

RECEIVED
SDNY PRO SE OFFICE

2023 MAY -3  PM 3: 27

**UNITED STATES DISTRICT COURT**

**GARDNER-ALFRED et al,**
    **Plaintiffs**


**V.**                                                    **Case#1:2022cv01585**


**FEDERAL RESERVE BANK of NEW YORK,**
    **Defendant**


### NOTICE OF SUBSTITUTION OF DEFENDANT


    The Defendant FEDERAL RESERVE BANK of NEW YORK assets have been arrested (SEIZED FEDERAL SECURITIES #14-202658 BCT).

    The United States Department of the Treasury is the real party in interest and is automatically substituted. See attached.


### CERTIFICATE OF SERVICE
****************************
    I declare under penalty of perjury that this notice has been served by U.S. Certified Mail on all parties.


Dated  04-28-2023              /s/ DUANE LETROY BERRY (Federal Trustee)
                                  U.S. Department of the Treasury
                                  1500 Pennsylvania Ave. NW
                                  Washington, D.C. 20220



# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

## January 24, 2023

## NOTICE OF DOCKETING

**Federal Circuit Docket No.: 2023-117**

**Federal Circuit Short Caption: In re: Seized Federal Securities**

**Date of Docketing: January 24, 2023**

**Originating Tribunal: United States District Court for the Northern District of Texas**

**Originating Case No.: 3:21-cv-00393-D-BT**

**Petitioner: Seized Federal Securities**

A petition for writ of mandamus has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance **or** Notice of Unrepresented Person. **(Fed. Cir. R. 47.3.)**
- Certificate of Interest. **(Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))**
- Docketing Statement. **Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the** Mediation Guidelines**; no docketing statement is required in cases with an unrepresented party)**
- Statement Concerning Discrimination **in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)**
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

# UNITED STATES SUPREME COURT

IN RE:  UNITED STATES DEPARTMENT OF THE TREASURY

Case#<br>USCA#2023-00117

### RULE 22 APPLICATION FOR COURT TO ENFORCE ITS U.S. MARSHALS
TO: Chief Justice John G. Roberts

On 7/8/21 and 7/23/21 under the direct ORDER of the United States Department of the Treasury, the undersigned Applicant and also the Respondent in the lower court, the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and a portion is now held in this Court's U.S. Marshals custody. See attached U.S.M.-285.

Please direct the Court to ORDER its U.S. Marshals to return the property per. newly submitted U.S.M.-285 forms instruction.

"Since in statutory scheme, office of Marshal exists as arm of office of Attorney General, commitment to Marshal can only be construed as commitment to Attorney General." (See United States V. Howard, 545 F.2d 1044, 6th Cir. 1976)

Dated: 3-03-2023

/s/ Duane L Berry
United States Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220
(Applicant)

/s/ Ioana Cristei Meyer
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

/s/ Elizabeth Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

RECEIVED

MAR 1 3 2023

OFFICE OF THE CLERK
SUPREME COURT U.S.

**FORM 30. Certificate of Service**

**Form 30**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF SERVICE</u>

**Case Number** <u>2023-117</u>

**Short Case Caption** <u>In re: Seized Federal Securities</u>

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on <u>02/14/2023</u>

by  ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Seized Federal Securities | PO Box 381292<br>Clinton Township, MI 48038 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: <u>02/14/2023</u>

Signature: <u>/s/ Ioana Cristei Meyer</u>

Name: <u>Ioana Cristei Meyer</u>

## UNITED STATES DISTRICT COURT

**U. S. DEPARTMENT OF THE TREASURY,**
    **PLAINTIFF**

**V**                                              **CASE#4:2021-cv-03610**

**SEIZED FEDERAL SECURITIES,**
    **DEFENDANT**

United States Courts
Southern District of Texas
**FILED**

**MAY 2 3 2022**

Nathan Ochsner, Clerk of Court

------------------------------------/

### CEASE AND DESIST

**TO : ALL 3ʳᴰ PARTY SERVICE PROVIDERS , et al**
**RE:(ATTACHED DEFENDANT) FEDERAL RESERVE BANK OF NEW YORK**
                **33 Liberty St. New York, NY 10045**

        Per. attached 11ᵗʰ Circuit ORDER and supplemental attachments, the
(ATTACHED DEFENDANT) has been arrested. Any service provider, contractor,
agent, merchant, primary dealer, employee, recipient, class member, payment
processor, settlement administrator, payer, payee, intermediary-corresponding
bank, and any other person or custodian shall immediately cease and desist all
operations, terminate, close, disconnect all services, utilities, registrations,
payments, settlements, checks, drafts, invoices, wire transfers, phone-internet,
contracts, subscriptions, work- orders, accounts, licenses, leases, bonds, permits,
postal-mail, electronically stored info., etc. with the above- mentioned ( ATTACHED
DEFENDANT) within 72 hours of receipt, and return evidence of termination along
with any property, U.S. Treasury bonds, or money received from the (ATTACHED
DEFENDANT) made payable TO: Trustee Recovery Account, P.O. Box #381292
42383 Garfield Rd. Clinton Township, Mich. 48038.

        Whereas, 3ʳᵈ PARTY is also subject to binding compliance of the National
Security Act per. attached warrants in which disclosure to anyone of arrest and
cease and desist is prohibited. Failure to comply within the specified time
is subject to further arrest and seizure of 3ʳᵈ PARTY'S assets by the U. S. MARSHALS
or any local or state law enforcement officers.

**Dated  05-12-2022**                        **U.S. DEPARTMENT OF THE  TREASURY,**
                                            **PLAINTIFF**

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

### No. 21-11738-J

_____

U.S. DEPARTMENT OF THE TREASURY,

Plaintiff – Appellee,

versus

SEIZED FEDERAL SECURITIES,

Defendant,

DUANE L. BERRY,

Interested Party – Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days. The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day time period if necessary.

The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.


/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS

**UNITED STATES DEPT. OF THE TREASURY,**
**PLAINTIFF**

**V.**                                          **CASE#21-11738**

**SEIZED FEDERAL SECURITIES,**
**DEFENDANT**

_____/

## STATUS REPORT BY ORDER

The ORDER has been satisfied to the extent that the Plaintiff has arrested and taken custody of the Defendant by attachments through its Federal Trustee Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See attached executed warrants.

/s/Duane L Berry
**FEDERAL TRUSTEE**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, §<br><br>Plaintiff, § § § § § | |
| V. § | No. 1:21-cv-00717-CAP-CCB |
| SEIZED FEDERAL SECURITIES, § § § §<br><br>Defendant, § § | |

### WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

U.S. Department of Justice
United States Marshals Service

Case 1:21-cv-03610   Document 10   Filed

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF U.S. DEPARTMENT OF THE TREASURY | COURT CASE NUMBER 1:21-cv-00717-CM |
|---|---|
| DEFENDANT SEIZED FEDERAL SECURITIES | TYPE OF PROCESS WARRANT |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CNN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| U.S. DEPARTMENT OF THE TREASURY<br>Attn: Mr. Brent J. McIntosh<br>(General Counsel)<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES'
(Defendant) in your custody until further notice

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER --- -- ---- | DATE 6/16/21 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. A19 | District to Serve No. A19 | Signature of Authorized USMS Deputy or Clerk John Baum | Date 7/8/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Banks

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| Date 13 Aug 21 | Time 11:30 ☐ am ☐ pm |
|---|---|
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $492.24 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) $0.00 |
|---|---|---|---|---|---|

REMARKS:
1) 404-827-1500 general #   2) legal dept 4-827-4987, CT Corp 289 Culver St. S.
Kelly J   Lawrenceville

※ See capshte report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OF THE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Martins Towing Inc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

17160 Dix Toledo Hwy, Brownstown, MI 48193

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
      (General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 29 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 39 | District to Serve No. E/MI | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 39 | E/MI | Ed. Pete Mertins | 7/23/21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Ashley Poore (Office Manager)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Same as above

| Date | Time |
|---|---|
| 7/23/2021 | 9:43 ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

7/23/21

| Service Fee | Total Mileage Charges including endeavors) 14 miles/1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

Served without incident to Ashley Poore, Office Manager of Martins Towing Inc. on 7/23/2021 @ 0943 hrs.

PRINT 5 COPIES:
1. CLERK OF THE COURT    * 1 endeavor   7/22/2021
2. USMS RECORD           * 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT   * 1 hour

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT

**U. S. DEPARTMENT OF THE TREASURY,**
**PLAINTIFF**



**V.**                                                    CASE#1-21-717

**SEIZED FEDERAL SECURITIES,**
**DEFENDANT**

----------------------------------------/

### NOTICE OF FORFEITURE

The real property known as THE FEDERAL RESERVE BANK OF NEW YORK

Located at 33 Liberty St., New York. N.Y., 10045 with all appurtenances and

attachments thereon and any right to collect and receive any profit, rent, income

and proceeds therefrom directly or indirectly including all interest held in or

secured by the real property has been attached through the Defendant SEIZED

FEDERAL SECURITIES and forfeited to the Plaintiff per. attached executed warrants.

Any Unknown Defendant willing to contest the forfeiture must file a notice of

appearance within 10 days of service or this notice shall constitute an irrevocable

vesting of title and conveyance of property to the Plaintiff.


Dated: 04-12-2022                              /S/ DUANE L. BERRY
                                               FEDERAL TRUSTEE

## CERTIFICATE OF SERVICE

**I certify that a copy of the foregoing was served upon:**

**FEDERAL RESERVE BANK OF NEW YORK**
**33 Liberty St.**
**New York, N.Y. 10045**

**THE FEDERAL RESERVE BANKING SYSTEM**
**CHAIRMAN JEROME POWELL**
**20TH St. and Constitution Ave. N.W.**
**Washington, D.C. 20551**

**U.S. SENATE COMMITTEE ON BANKING**
**534 Dirksen Senate Office Bldg.**
**Washington, D.C. 20510**

**U.S. HOUSE COMMITTEE ON FINANCIAL SERVICES**
**2129 Rayburn House Office Bldg.**
**Washington, D.C. 20515**

**By U.S. Certified Mail, see attached receipts**

**Dated: 04-12-2022**                           **/s/DUANE L. BERRY**
                                                **FEDERAL TRUSTEE**









PRESS FIRMLY TO SEAL

CERTIFIED MAIL

**PRIORITY MAIL**

U.S. POSTAGE PAID

STERLING HEIGHTS, MI

$15.75

FROM:

7021 2720 0001 9067 9317

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20220

RETURN RECEIPT REQUESTED



AT RATE ENVELOPE
ATE ■ ANY WEIGHT

United States Courts
Southern District of Texas
FILED
MAY 23 2022
Nathan Ochsner, Clerk of Court

ACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

TO:
U.S. District Court
Southern District of Texas
Clerk: Nathan Ochsner
515 Rusk Ave.
Houston, TX 71002



PRIORITY MAIL®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

FROM:

RECEIVED

UNITED STATES
1500 PENNSY
WASHINGTO

CLERK'S OFFICE
S.D.N.Y.

U.S. Dist
Southern Di
Clerk of the
40 Foley S.
New York

mestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

CERTIFIED MAIL

7022 3330 0000 2558 7706

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS00001000014

This package is made from post-consumer waste. Please recycle – again.