USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LORI GARDNER-ALFRED and JEANETTE DIAZ, :
:
Plaintiff, :
:  22-cv-01585 (LJL)
-v- :
:  ORDER
FEDERAL RESERVE BANK OF NEW YORK, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court received the attached correspondence from Mr. Duane Berry. The Court shall disregard it as per the parties' letter from June 13, 2023. Dkt. No. 156.

SO ORDERED.

Dated: June 16, 2023
New York, New York                                    _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge

UNITED STATES DISTRICT COURT

**GARDNER-ALFRED et al,**
    Plaintiffs,

V.                                                                                     Case#1:2022cv01585

**FEDERAL RESERVE BANK OF NEW YORK,**
    Defendant

## NOTICE OF REQUIRED JOINDER

Per automatic substitution of Defendant Federal Reserve Bank of New York (SEIZED FEDERAL SECURITIES) see attached Dkt#136, The Department of Justice Commercial Litigation Branch is now the attorney required on behalf of the U.S. Department of the Treasury and make service on (SEIZED FEDERAL SECURITIES). See attached.

Please update the court's record per attached entry of appearance contact information.

## CERITIFICATE OF SERVICE
****************************

I declare under penalty of perjury that this notice has been served by U.S. Certified Mail on all parties.

Dated: 06-06-2023                    /s/ DUANE LETROY BERRY (FEDERAL TRUSTEE)
                                                   U.S. Department of the Treasury
                                                   1500 Pennsylvania Ave. NW
                                                    Washington, D.C. 20220


RECEIVED JUN 12 2023

| | | | |
|---|---|---|---|
| | | | by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit 1 (Plaintiffs' production cover letter dated February 10, 2023), # 2 Exhibit 2 (Plaintiffs' production cover letter dated February 23, 2023)).(Leonard, Alex) (Entered: 04/28/2023) |
| 05/01/2023 | | 131 | SCHEDULING ORDER: Oral Argument set for 5/9/2023 at 02:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman, regarding Defendant's motion for sanctions. Plaintiffs are directed to provide to the Court at the hearing all of the documents withheld from production on the basis that it is spam and all other documents regarding contact with the ministry or payment to the ministry. The Plaintiffs are directed to attend and to be prepared to testify at the request of either counsel for Plaintiff or counsel for Defendants. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/01/2023) |
| 05/01/2023 | | 132 | ORDER: The Clerk's Office received the attached document. The Court does not believe that any action needs to be taken in response to this "notice." Any party who believes that the document requires action by the Court shall file a letter on ECF by the end of this week. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/01/2023) (ama) (Entered: 05/01/2023) |
| 05/02/2023 | | 133 | NOTICE of Hearing: Pre-Settlement Telephone Conference set for 5/10/2023 at 2:30 PM before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at (888)-398-2342 and enter access code: 9543348. (rsh) (Entered: 05/02/2023) |
| 05/02/2023 | | 134 | NOTICE of Hearing: Settlement Conference set for 6/7/2023 at 10:00 AM before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. A link will be emailed to the parties one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than May 31, 2023, by 5:00 p.m. (rsh) (Entered: 05/02/2023) |
| 05/03/2023 | | 135 | LETTER addressed to Judge Lewis J. Liman from Daphne Ha dated May 3, 2023 re: New Information Relevant to New York Fed's Motion for Discovery Sanctions (Dkt. No. 119). Document filed by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit A (Plaintiff's March 20, 2023 Offer Letter)).(Ha, Daphne) (Entered: 05/03/2023) |
| 05/03/2023 | | 136 | NOTICE OF SUBSTITUTION OF DEFENDANT. Document filed by Duane L. Berry(Federal Trustee), U.S.Dept. of Treasury (sc) Modified on 5/4/2023 (sc). (Entered: 05/04/2023) |
| 05/05/2023 | | 137 | SCHEDULING ORDER: The status conference scheduled for 5/10/2023 at 10:00am is cancelled. The Court shall instead address issues related to the status of this case at the oral argument scheduled for May 9, 2023 at 2:30pm. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/05/2023) |



# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

January 24, 2023

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2023-117

**Federal Circuit Short Caption:** In re: Seized Federal Securities

**Date of Docketing:** January 24, 2023

**Originating Tribunal:** United States District Court for the Northern District of Texas

**Originating Case No.:** 3:21-cv-00393-D-BT

**Petitioner:** Seized Federal Securities

A petition for writ of mandamus has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

FORM 8A. Entry of Appearance                                        Form 8A (p.1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2023-117

**Short Case Caption:** In re: Seized Federal Securities

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| DEPARTMENT OF JUSTICE | |
|---|---|
| **Principal Counsel:** Ioana Cristei Meyer | Admission Date: 07/24/2018 |
| Firm/Agency/Org.: United States Department of Justice, Commercial Litigation Branch | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 305-0001 | Email: Ioana.Cristei@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/14/23            Signature: /s/ Ioana Cristei Meyer

                         Name:      Ioana Cristei Meyer

FORM 30. Certificate of Service                                Form 30
                                                               July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-117

**Short Case Caption** In re: Seized Federal Securities

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/14/2023

by  ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Seized Federal Securities | PO Box 381292<br>Clinton Township, MI 48038 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 02/14/2023            Signature:  /s/ Ioana Cristei Meyer

                            Name:       Ioana Cristei Meyer

UNITED STATES SUPREME COURT

IN RE: UNITED STATES DEPARTMENT OF THE TREASURY

Case#
USCA#2023-00117

RULE 22 APPLICATION FOR COURT TO ENFORCE ITS U.S. MARSHALS
TO: Chief Justice John G. Roberts

On 7/8/21 and 7/23/21 under the direct ORDER of the United States Department of the Treasury, the undersigned Applicant and also the Respondent in the lower court, the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and a portion is now held in this Court's U.S. Marshals custody. See attached U.S.M.-285.

Please direct the Court to ORDER its U.S. Marshals to return the property per. newly submitted U.S.M.-285 forms instruction.

"Since in statutory scheme, office of Marshal exists as arm of office of Attorney General, commitment to Marshal can only be construed as commitment to Attorney General." (See United States V. Howard, 545 F.2d 1044, 6th Cir. 1976)

Dated: 3-03-2023

/s/ Duane L Berry
United States Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220
(Applicant)

/s/ Ioana Cristei Meyer
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

/s/ Elizabeth Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(Counsel)

RECEIVED
MAR 13 2023
OFFICE OF THE CLERK
SUPREME COURT, U.S.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF<br>U.S. DEPARTMENT OF THE TREASURY | COURT CASE NUMBER<br>1:21-cv-00717 CAP |
| DEFENDANT<br>SEIZED FEDERAL SECURITIES | TYPE OF PROCESS<br>SUBPOENA/WARRANT |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
Martins Towing Inc
1775 Dykeman Hwy, Brunswick, GA 30010 (best reading)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on USA: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

(SEE ATTACHED WARRANT)

**FILED IN CLERK'S OFFICE**
**U.S.D.C. - Atlanta**
**JUL 29 2021**
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 31 | District to Serve No. 6/M | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 31 | 6/M | [signature] | 7/23/21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Ashley Pearce (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Same as above

Date: 7/23/2021   Time: 9:43 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy:
[signature] # 3100?

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 14 miles/1 endeavor | | | | $0.00 |

REMARKS: Served without incident to Ashley Pearce, Office Manager of Martins Towing Inc, on 7/23/2021 @ 0943 hrs.
* 1 endeavor 7/23/2021
* 14 miles
* 1 hour

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF U.S. DEPARTMENT OF THE TREASURY | COURT CASE NUMBER 1:21-cv-00717-CAP |
|---|---|
| DEFENDANT SEIZED FEDERAL SECURITIES | TYPE OF PROCESS WARRANT |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | CNN |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1 CNN Center, Atlanta, GA 30303 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER — — —   DATE 6/18/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. A19 | District to Serve No. A19 | Signature of Authorized USMS Deputy or Clerk | Date 7/8/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Banks

Address (complete only different than shown above)
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date 13 Aug 21   Time 11:40 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee * | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $492.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 1) 404-827-1500 General # 2) legal dept 4-827-4987 Kelly 3) CT Corp 289 Culver St. S Lawrenceville
* See capture report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## UNITED STATES DISTRICT COURT

GARDNER-ALFRED et al,
    Plaintiffs,

V.                                                                      Case#1:2022cv01585

FEDERAL RESERVE BANK OF NEW YORK,
    Defendant

### NOTICE OF APPEARANCE

    Per automatic substitution of Defendant Federal Reserve Bank of New York (SEIZED FEDERAL SECURITIES) see attached Dkt#136, The Department of Justice Commercial Litigation Branch is now the attorney require on behalf of the U.S. Department of the Treasury and make service on (SEIZED FEDERAL SECURITIES) See attached.

    Please update the court's record per Attached entry of appearance contact information.

### CERITIFICATE OF SERVICE
****************************

    I declare under penalty of perjury that this notice has been served by U.S. Certified Mail on all parities.

Dated: 06-06-2023              /s/ DUANE LETROY BERRY (FEDERAL TRUSTEE)
                                        U.S. Department of the Treasury
                                        1500 Pennsylvania Ave. NW
                                         Washington, D.C. 20220



RECEIVED JUN 09 2023 U.S.D.C. W.P.

| | | |
|---|---|---|
| | | by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit 1 (Plaintiffs' production cover letter dated February 10, 2023), # 2 Exhibit 2 (Plaintiffs' production cover letter dated February 23, 2023)).(Leonard, Alex) (Entered: 04/28/2023) |
| 05/01/2023 | 131 | SCHEDULING ORDER: Oral Argument set for 5/9/2023 at 02:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman, regarding Defendant's motion for sanctions. Plaintiffs are directed to provide to the Court at the hearing all of the documents withheld from production on the basis that it is spam and all other documents regarding contact with the ministry or payment to the ministry. The Plaintiffs are directed to attend and to be prepared to testify at the request of either counsel for Plaintiff or counsel for Defendants. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/01/2023) |
| 05/01/2023 | 132 | ORDER: The Clerk's Office received the attached document. The Court does not believe that any action needs to be taken in response to this "notice." Any party who believes that the document requires action by the Court shall file a letter on ECF by the end of this week. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/01/2023) (ama) (Entered: 05/01/2023) |
| 05/02/2023 | 133 | NOTICE of Hearing: Pre-Settlement Telephone Conference set for 5/10/2023 at 2:30 PM before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at (888)-398-2342 and enter access code: 9543348. (rsh) (Entered: 05/02/2023) |
| 05/02/2023 | 134 | NOTICE of Hearing: Settlement Conference set for 6/7/2023 at 10:00 AM before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. A link will be emailed to the parties one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than May 31, 2023, by 5:00 p.m. (rsh) (Entered: 05/02/2023) |
| 05/03/2023 | 135 | LETTER addressed to Judge Lewis J. Liman from Daphne Ha dated May 3, 2023 re: New Information Relevant to New York Fed's Motion for Discovery Sanctions (Dkt. No. 119). Document filed by Federal Reserve Bank of New York. (Attachments: # 1 Exhibit A (Plaintiff's March 20, 2023 Offer Letter)).(Ha, Daphne) (Entered: 05/03/2023) |
| 05/03/2023 | 136 | NOTICE OF SUBSTITUTION OF DEFENDANT. Document filed by Duane L. Berry(Federal Trustee), U.S.Dept. of Treasury (sc) Modified on 5/4/2023 (sc). (Entered: 05/04/2023) |
| 05/05/2023 | 137 | SCHEDULING ORDER: The status conference scheduled for 5/10/2023 at 10:00am is cancelled. The Court shall instead address issues related to the status of this case at the oral argument scheduled for May 9, 2023 at 2:30pm. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mcf) (Entered: 05/05/2023) |



**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 24, 2023

### NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2023-117

**Federal Circuit Short Caption:** In re: Seized Federal Securities

**Date of Docketing:** January 24, 2023

**Originating Tribunal:** United States District Court for the Northern District of Texas

**Originating Case No.:** 3:21-cv-00393-D-BT

**Petitioner:** Seized Federal Securities

A petition for writ of mandamus has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2023-117

**Short Case Caption:** In re: Seized Federal Securities

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| DEPARTMENT OF JUSTICE | |
|---|---|
| **Principal Counsel:** Ioana Cristei Meyer | Admission Date: 07/24/2018 |
| Firm/Agency/Org.: United States Department of Justice, Commercial Litigation Branch | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 305-0001 | Email: Ioana.Cristei@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/14/23            Signature: /s/ Ioana Cristei Meyer

                         Name:       Ioana Cristei Meyer

FORM 30. Certificate of Service                                    Form 30
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-117

**Short Case Caption** In re: Seized Federal Securities

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/14/2023

by  ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Seized Federal Securities | PO Box 381292<br>Clinton Township, MI 48038 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 02/14/2023            Signature: /s/ Ioana Cristei Meyer

                            Name:      Ioana Cristei Meyer

USPS Certified Mail / Priority Mail envelope and return receipt (PS Form 3811).

Certified Mail tracking number: 7022 2410 0001 6480 8434

FROM:
UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

TO:
U.S. District Court
Southern District of New York
Clerk of the Court
300 Quarropas St.
White Plains, NY 10601

U.S. POSTAGE PAID
CLINTON TOWNSHIP, MI
JUN 06 '23
$17.15
R2305M144006-32

USMS SDNY stamp

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

Article Addressed to:
U.S. District Court
Southern District of New York
Clerk of the Court
300 Quarropas St.
White Plains, NY 10601

Article Number: 9590 9402 7956 2305 6909 90
7022 2410 0001 6480 8434