**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LORI GARDNER-ALFRED AND JEANETTE DIAZ,

       Plaintiffs,     22 **CIVIL** 1585 (LJL)

  -against-         **JUDGMENT**

FEDERAL RESERVE BANK OF NEW YORK,

       Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
    September 25, 2023

                  **RUBY J. KRAJICK**
                  _____
                  **Clerk of Court**

          **BY:** _____
                  **Deputy Clerk**