UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LORI GARDNER-ALFRED and JEANETTE DIAZ, :
:
:    Civ No.: 22-cv-1585 (LJL)
Plaintiffs,   :
:    [PROPOSED]
-against-                          :    ORDER
:
FEDERAL RESERVE BANK OF NEW YORK,      :
:
:
Defendant.     :
------------------------------------------------------------------------X

      WHEREAS, on July 13, 2023, this Court Ordered Plaintiffs Lori Gardner-Alfred and Jeanette Diaz and their counsel, Balestriere Fariello, to pay Defendant Federal Reserve Bank of New York $53,808 in attorneys' fees and costs (Dkt. No. 173);

      WHEREAS, on September 19, 2023, Balestriere Fariello paid $2,400 of those fees, and has not paid any additional amount owed pursuant to the July 13, 2023 Order;

      WHEREAS, on August 6, 2024, this Court ruled that its July 13, 2023 Order is a judgment that need not be set out in a separate document under Rule 58 (Dkt. No. 202);

      WHEREAS, on August 12, 2024, this Court denied Plaintiffs' and Balestriere Fariello's request for a stay of proceedings to execute on the judgment (Dkt. No. 208);

      WHEREAS, the Federal Reserve Bank of New York seeks a writ of execution against Balestriere Fariello for the remaining $51,408 of the July 13, 2023 judgment plus 5.42% interest from July 13, 2023;

      NOW THEREFORE, it is hereby

      **ORDERED** that

      The Clerk of the Court, upon being presented with a writ of execution that otherwise

conforms to the requirements of obtaining such a writ, is directed to issue Defendant Federal Reserve Bank of New York a writ of execution against Balestriere Fariello in the amount of $51,408 plus 5.42% interest from July 13, 2023, without requiring further Order or Judgment of this Court, for immediate execution.

Dated: August 22, 2024
      New York, New York

_____
Hon. Lewis J. Liman
U.S. District Court Judge, S.D.N.Y.