```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LORI GARDNER-ALFRED and JEANETTE DIAZ,                           :
                                                                 :
                        Plaintiffs,                              :
                                                                 :                22-cv-1585 (LJL)
       -v-                                                       :
                                                                 :                      ORDER
FEDERAL RESERVE BANK OF NEW YORK,                                :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/16/2025

LEWIS J. LIMAN, United States District Judge:

As indicated on the record during the status conference held yesterday, October 15, 2025, Plaintiff may file a supplemental memorandum of law in opposition to Defendant's motion for summary judgment limited specifically to the issue of undue hardship following the Supreme Court's decision in *Groff v. DeJoy*, 600 U.S. 447 (2023). Plaintiff's brief is due November 14, 2025, and shall not exceed fifteen pages. Defendant's response is due December 1, 2025, and likewise shall not exceed fifteen pages.

Plaintiff may also move by November 14, 2025, to supplement her Local Rule 56.1 statement. Defendant's response to Plaintiff's motion is due December 1, 2025, and Plaintiff may reply by December 8, 2025.

Additionally, the Court set the following scheduling: The parties' joint pretrial order, proposed requests to charge and proposed voir dire, and motions in limine shall be filed by August 17, 2026. Responses to those filings are due August 24, 2026. A final pretrial conference will be held on September 9, 2026, at 11:00 AM.

A jury trial is scheduled to begin on September 14, 2026, at 9:30 AM in Courtroom 15C,

500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 16, 2025
      New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge