USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

---------------------------------------------------------------------- X

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Jeanette Diaz's former attorney, John Balestriere, is directed to file a response to the letter motion filed by counsel for Plaintiff, Dkt. No. 232, no later than July 15, 2026. The Court will hold a conference in this matter on July 20, 2026 at 10:00 a.m. The parties and Mr. Balestriere are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

The Clerk of Court is respectfully requested to send a copy of this order to John G. Balestriere, Esq. via e-mail at john.balestriere@balestrierefariello.com and john.balestriere@balestrierefirm.com.

SO ORDERED.

Dated: July 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge