USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has pending the motion of Defendant the Federal Reserve Bank of New York to exclude the proposed opinions and testimony of Megan Salehli. Dkt. No. 177. A conference in this matter is scheduled for July 20, 2026. At that conference, the parties should be prepared to address whether – given that front pay and back pay are to be decided by the Court only if there is a finding of liability – the parties require a ruling on the motion prior to a jury finding of liability or, put otherwise, why the Court should not defer ruling on the motion until after trial on liability.

SO ORDERED.

Dated: July 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge