USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference in this matter on July 27, 2026 at 4:00 p.m. The parties should be prepared to address whether they have reached a settlement on all material terms and their proposal to the Court regarding the retention of ancillary jurisdiction over any fee disputes.

Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge