USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

---------------------------------------------------------------------- X

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Trial of this case is scheduled for September 14, 2026. Dkt. No. 223. At the conference held today, the parties represented that they have agreed upon and executed a settlement agreement as of July 24, 2026, and that such agreement contains all the material terms that would resolve the case as between the parties. The parties further agreed that the settlement agreement provides for the filing of a stipulation of dismissal. Based on those representations, the date for trial and all other pretrial dates are vacated.

Plaintiff shall file a letter with the Court with its proposal for the resolution of competing claims to the settlement fund on notice to the competing claimants.

SO ORDERED.

Dated: July 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge