USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a videoconference in this matter today, August 25, 2026. This Order memorializes the rulings made at the conference:

The Court approves the proposed order regarding the procedure for resolving the charging liens submitted by Plaintiff's counsel at Dkt. No. 247. By September 1, 2026, Plaintiff's counsel shall submit the proposed notice to the Court. Counsel has leave to file the full notice with the amount of the settlement payment under seal and to file a copy of the notice with the settlement payment only redacted on the public docket. Counsel has articulated countervailing factors of judicial efficiency and privacy that support the filing of the settlement amount under seal. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Once the Court has approved the proposed notice, the Court will enter the proposed order at Dkt. No. 247-1 providing a date by which Plaintiff shall service the notice on the various claimants and a briefing schedule for papers asserting an interest in the settlement fund and for

opposing or response papers.

SO ORDERED.

Dated: August 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge