USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LORI GARDNER-ALFRED and JEANETTE DIAZ,

Plaintiffs,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

Defendant.

---------------------------------------------------------------------X

22-cv-1585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

For the reasons stated in the Court's Memorandum and Order dated October 20, 2026, the funds currently being held in escrow representing the settlement in this matter shall be distributed in accordance with the proposal of Mr. Warshawsky at Dkt. No. 262 as follows: $5,000 to Mr. Warshawsky, $10,000 to High Rise Financial, and the balance of $16,526.06 to Ms. Diaz.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 232 and to close this case.

SO ORDERED.

Dated: October 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge